FILED
2006 Jan-31  AM 10:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GREG GOLDSMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **2:03-cv-1018-UWC** |
| ) | |
| **BAGBY ELEVATOR** ) | |
| **COMPANY, INC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER REJECTING REPORT AND RECOMMENDATION
## AND
## DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying Memorandum Opinion, the Report and Recommendation of the Magistrate Judge is hereby REJECTED.

The Defendant's Motion for Summary Judgment is hereby DENIED.

Done the 31st day of January, 2006.

U.W. Clemon
Chief United States District Judge

1