FILED
2006 Jun-08  PM 04:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GREG GOLDSMITH, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | CV-03-IPJ-1018-S |
| ) | |
| BAGBY ELEVATOR COMPANY, INC., ) | |
| ) | |
| DEFENDANT. ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff to the above-styled action, by and through his undersigned counsel of record, and hereby moves to amend his Complaint to conform with the evidence in this case, by filing the attached Amended Complaint (Exhibit 1). As grounds for said motion, the Plaintiff avers the following:

1. Plaintiff is requesting that his Complaint be amended to conform to the evidence to include a pattern and practice claim of discrimination and retaliation.

2. Plaintiff contends that the evidence in this case supports a pattern and practice claim of racial discrimination and retaliation, in light of the

Defendant's treatment of Plaintiff and other African American employees. Specifically, the Defendant engaged in the following discriminatory and retaliatory conduct toward Plaintiff and other African American employees:

    (a)    **PLAINTIFF GREG GOLDSMITH**:

Plaintiff is African American and he began his employment with the Defendant in or around March 1998. Plaintiff filed his first EEOC charge of discrimination regarding racial discrimination and a racially hostile environment on October 5, 2001. Plaintiff was terminated on June 7, 2002.

    (b)    **ANTHONY JEMISON**:

Jemison is African American and he began his employment with the Defendant in or around October 1997. Jemison filed his first EEOC charge of discrimination on regarding racial discrimination and a racially hostile environment October 30, 2001. Jemison was terminated on December 20, 2001.

    (c)    **LATRINDA PEOPLES**:

Peoples is African American and she began her employment with the Defendant in or around October 1997. Peoples filed her first charge of discrimination regarding racial discrimination and hostile environment on October 31, 2001. Peoples was terminated on July 18, 2002.

    (d)    **CURLEE THOMAS**:

Thomas is African American and he complained that his supervisor, Ron Farley, made racially offensive statements to him and in his presence. In 2001, Thomas turned in his resignation notice to the Defendant and offered to work out a two week notice. Before Thomas could complete his two week notice, the Defendant terminated Thomas alleging that they had received a call from an individual claiming that Thomas almost ran the individual off the road while operating a company vehicle. The Defendant never informed Thomas the name of the individual that allegedly complained.

WHEREFORE, Plaintiff requests that this Court grant his Motion for Leave to Amend Complaint to include a pattern and practice claim of retaliation and discrimination so that the pleadings conform to the evidence in this case.

Respectfully submitted,

s/Cynthia Forman Wilkinson
CYNTHIA FORMAN WILKINSON
Attorney for Plaintiff
State Bar I.D. No.: ASB-9950-L68C

**OF COUNSEL:**
**WILKINSON LAW FIRM, PC**
New South Federal Bank Building; Suite 811
215 Richard Arrington Jr. Blvd.
Birmingham, Alabama 35203
Tel: (205) 250-7866
Fax:(205) 250-7869
E-mail: wilkinsonefile@bellsouth.net

                s/Larry R. Mann
                LARRY R. MANN
                Attorney for Plaintiff

**OF COUNSEL:**
**Larry R. Mann, Esq.**
701 New South Saving Building
215 North 21st Street
Birmingham, Alabama 35203
Tel:  (205) 326-6500
Fax: (205) 324-8660
E-mail: LarryMann@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on **June 8, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                Marion F. Walker, Esq.
                Steven M. Stastny, Esq.
                Andrew Scharfenberg, Esq.
                FORD & HARRISON, LLP
          2100 Third Avenue North, Suite 400
                Birmingham, Alabama 35203

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                None.

                s/Cynthia Forman Wilkinson
                **WILKINSON LAW FIRM, PC**
                New South Federal Bank Building;
                Suite 811
                215 Richard Arrington Jr. Blvd.
                Birmingham, Alabama 35203
                Tel: (205) 250-7866
                Fax:(205) 250-7869
                E-mail:wilkinsonefile@bellsouth.net