FILED
2006 Jul-12  PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GREG GOLDSMITH, | ) |
| Plaintiff, | ) |
| vs. | )   CV 03-J-1018-S |
| BAGBY ELEVATOR COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Defendant having filed post-trial (renewed) motion for judgment as a matter of law or, in the alternative, for new trial or remittitur and memorandum in support (doc. 95), and the court having considered said motion and being of the opinion it is due to be denied,

It is therefore ORDERED that said motion is DENIED.

Plaintiff having filed motion for attorney's fees (doc. 96), it is FURTHER ORDERED that defendant may respond to said motion within seven (7) days from entry of this order.

**DONE** and **ORDERED** this 12th day of June 2006.

*(signature)*
_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE