FILED
2006 Jul-25  AM 11:43
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| GREG GOLDSMITH, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO.: |
| VS. ) | CV-03-IPJ-1018-S |
| ) | |
| BAGBY ELEVATOR COMPANY, INC., ) | |
| ) | |
| DEFENDANT. ) | |

## PLAINTIFF'S MOTION TO CONDUCT DISCOVERY
## ON THE ISSUES OF ATTORNEY FEES

_____COMES NOW the Plaintiff, Greg Goldsmith, and moves this Court for an Order granting limited discovery on the issue of attorney fees. As grounds therefore, Plaintiff shows unto this Court as follows:

1.    Plaintiff filed his application for attorney fees, with supporting Affidavits from David Arendall and Michael Quinn, on July 10, 2006.

2.    Plaintiff supplemented his application with supporting affidavits from Plaintiff's counsel on July 12, 2006.

3.    On July 21, 2006, Defendant filed objections to Plaintiff's application for attorney fees stating that Plaintiff's attorney fees, hours expended and hourly rate requested for Plaintiff's counsel are not reasonable.

4.     It is anticipated that Defendant's fees and hours are comparable to the Plaintiff's and would be credible comparator evidence for this Court to consider in awarding Plaintiff's fees.

5.     The best comparator would be that of the Defendant's counsel's hours since the prosecution of the case would expend more hours than the defense of the same case. *See, Norman v. Housing Authority of the City of Montgomery*, 836 F.2d 1292, 1305 (11th Cir. 1988).

WHEREFORE, since the Defendant has objected to the Plaintiff's hours and hourly rate of counsel, Plaintiff moves this Court for an Order granting limited discovery for the Plaintiff to ascertain the time billings and hourly rate expended by the Defendant in the litigation of this matter.

Respectfully Submitted,


s/Cynthia Forman Wilkinson
CYNTHIA FORMAN WILKINSON
Attorney for Plaintiff
State Bar I.D. No.: ASB-9950-L68C

**OF COUNSEL:**
**WILKINSON LAW FIRM, PC**
New South Federal Bank Building; Suite 811
215 Richard Arrington Jr. Blvd.
Birmingham, Alabama 35203
Tel: (205) 250-7866
Fax:(205) 250-7869
E-mail: wilkinsonefile@bellsouth.net

s/Larry R. Mann
LARRY R. MANN
Attorney for Plaintiff

**OF COUNSEL:**
**Larry R. Mann, Esq.**
701 New South Saving Building
215 North 21st Street
Birmingham, Alabama 35203
Tel:  (205) 326-6500
Fax: (205) 324-8660
E-mail: LarryMann@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on **July 25, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marion Walker, Esq.
Steven M. Stastny, Esq.
Andrew Scharfenberg, Esq.
FORD & HARRISON, LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

s/Cynthia Forman Wilkinson
**WILKINSON LAW FIRM, PC**
New South Federal Bank Building; Suite 811
215 Richard Arrington Jr. Blvd.
Birmingham, Alabama 35203
Tel: (205) 250-7866
Fax:(205) 250-7869
E-mail:wilkinsonefile@bellsouth.net